**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA,

vs.                                        CASE NO. 8:96-CR-144-T-17-TGW

LOUIS JEAN HIPPOLYTE
_____/

**ORDER**

       This cause comes before the Court on the defendant's motion for modification of sentence, the requested modification was based on the retroactive application of revised cocaine base sentencing guidelines (Docket No. 125). The Court appointed counsel in this case and required responses from the United States Probation Office, the government, and the defendant through his appointed counsel. The Court has received and reviewed the responses (Docket Nos. 131 and 130 and Probation's Retroactive Crack Cocaine Amendment Eligibility Assessment). All responses agree is not eligible for a reduction in sentence based on the amended guidelines. Accordingly, it is.

       **ORDERED** that defendant's motion for modification of sentence, the requested modification was based on the retroactive application of revised cocaine base sentencing guidelines (Docket No. 125) be **denied**.

       **DONE AND ORDERED** in Chambers in Tampa, Florida this 25th day of August, 2008.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies furnished to: All Counsel of Record